IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                  CASE NO. 5:06cr59/RS
                                                5:08cv144/RS-MD

SOLOMON SMITH,

    Defendant.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 98) and Petitioner's Objections to Report of Magistrate Judge (Doc. 100). I have considered Defendant's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.
2. The Motion to Vacate, Set Aside, or Correct Sentence (Doc. 80) is denied.
3. The clerk is directed to close the file.

**ORDERED** on April 6, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**