UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                          CASE NO: 5:06cr59/RS

SOLOMON SMITH,

    Defendant.

_____/

## **ORDER**

A certificate of appealability is denied because Petitioner has not made a substantial showing of the denial of a constitutional right.

**ORDERED** on May 3, 2010.

                                             /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**